UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK,<br><br>             Plaintiff,<br>v.<br><br>METROPOLITAN LIFE INSURANCE CO., INC. and PECHINEY PLASTIC PACKAGING, INC.,<br><br>             Defendants. | 3:07 - CV - 1533 (CSH)<br><br>JUNE 28, 2013 |

## JUDGMENT

**HAIGHT, Senior District Judge:**

      Plaintiff Rita Kruk having commenced this action against Defendants Metropolitan Life Insurance Co., Inc. and Pechiney Plastic Packaging, Inc. pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.*, wherein Plaintiff alleged that Defendants had denied her long term disability benefits to which she was qualified, in violation of ERISA; and

      Defendants having moved under Rule 56, Federal Rules of Civil Procedure, for summary judgment dismissing Plaintiff's complaint, which motion Plaintiff opposed; and

      The Court, by Ruling filed on March 13, 2013 [Doc. 82] having granted in principle Defendants' motion for summary judgment, and remanded the case for further proceedings consistent with Part II.E. of the Ruling prior to the entry of final Judgment; and

      Counsel for Defendant Metropolitan Life Insurance Co., Inc. having filed on June 25, 2013 [Doc. 93] an Unopposed Motion for Judgment, representing that all issues referred to in the Order of Remand "have been completely and confidentially resolved by agreement of the parties," and that

all parties consent to the entry of a final Judgment; it is now

ORDERED, ADJUDGED AND DECREED that Defendants paid to Plaintiff the entire amount of long term disability benefits to which she was entitled under governing law, and that, in consequence, Defendant Metropolitan Life Insurance Co., Inc. acted properly and lawfully in terminating long term disability payments to Plaintiff after January 18, 2003.

Defendants' Unopposed Motion for Judgment [Doc. 93] is GRANTED. The Clerk of the Court is directed to dismiss the Complaint with prejudice and without costs, and to close the file.

It is SO ORDERED.

Dated: New Haven, Connecticut
      June 28, 2013

        /s/ *Charles S. Haight, Jr.*
        CHARLES S. HAIGHT, JR.
        SENIOR UNITED STATES DISTRICT JUDGE