UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK,<br><br>         Plaintiff,<br>v.<br><br>METROPOLITAN LIFE INSURANCE CO.,<br>INC. and PECHINEY PLASTIC<br>PACKAGING, INC.,<br><br>         Defendants. | 3:07 - CV - 1533 (CSH)<br><br>JULY 11, 2013 |

## AMENDED FINAL JUDGMENT

**HAIGHT, Senior District Judge:**

   Plaintiff Rita Kruk ("Plaintiff") having commenced this action against Defendants Metropolitan Life Insurance Co., Inc. and Pechiney Plastic Packaging, Inc. ("Defendants") pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.*, wherein Plaintiff alleged that Defendants had denied her long term disability benefits to which she was qualified, in violation of ERISA; and Defendants having moved under Rule 56, Federal Rules of Civil Procedure, for summary judgment dismissing Plaintiff's complaint, which motion Plaintiff opposed; and

   The Court, by Ruling filed on March 13, 2013 [Doc. 82] having granted in principle Defendants' motion for summary judgment, and remanded the case for further proceedings consistent with Part II.E. of the Ruling prior to the entry of final Judgment; and

   Counsel for Defendant Metropolitan Life Insurance Co., Inc. having filed on June 25, 2013 [Doc. 93] an Unopposed Motion for Judgment, representing that all issues referred to in the Order

of Remand (Part II.E of the Ruling) "have been completely and confidentially resolved by agreement of the parties," and that all parties consent to the entry of a final Judgment; it is now

ORDERED, ADJUDGED AND DECREED that Defendants' Unopposed Motion for Judgment [Doc. 93] is GRANTED.  Defendants paid to Plaintiff the entire amount of long term disability benefits to which she was entitled under governing law, and that, in consequence, Defendant Metropolitan Life Insurance Co., Inc. and Pechiney Plastic Packaging, Inc. acted properly and lawfully in terminating long term disability payments to Plaintiff after January 18, 2003 and, therefore, final judgment is entered in favor of the Defendants and against the Plaintiff.

Judgment is hereby entered in accordance herewith, with prejudice and without costs, and the Clerk of the Court is directed to close the file.

It is SO ORDERED.

Dated: New Haven, Connecticut
July 11, 2013

        /s/ *Charles S. Haight, Jr.*
        CHARLES S. HAIGHT, JR.
        SENIOR UNITED STATES DISTRICT JUDGE